# Exhibit 2

Non-Method Claim: 1

| US9445183 | Cambridge Audio Melomania A100 ("The accused product") |
|---|---|
| 1. An audio content delivery device comprising: | The accused product is an audio content delivery device (e.g., left and right earbuds).<br><br>As shown below, the accused product is a pair of true wireless earbuds (an audio content delivery device). They deliver audio content such as music, calls, and more via wireless connectivity.<br><br><br><br>https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100 |



https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-

| | a100 |
|---|---|
| | ## Crafted for true music lovers<br><br>**Hi-fi grade amplification**<br><br>Class A/B amplification drives our signature sound, delivering rich tonality, warmth, and depth—making your music feel alive and immersive.<br><br>**Lossless clarity**<br><br>With LDAC and aptX Lossless, every detail stays intact—bringing CD-quality audio that preserves the full depth, texture, and emotion of every track. A game-changer for music lovers.<br><br>**Adaptive Noise Cancelling**<br><br>Control what you hear. Activate Noise Cancelling to tune out distractions for pure, immersive sound, or switch to Transparency Mode to let the world in. So whether you're commuting or unwinding, your music's at its best.<br><br>https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100 |
| a main in-the-ear body portion with a first side distal to a user, a second side medial to the user, a center of gravity, at least one speaker and a sound channel with a cavity; | The accused product discloses a main in-the-ear body portion (e.g., portion of the earbud inside user' ear) with a first side distal to a user (e.g., the part of the earbud visible externally when worn), a second side medial to the user (e.g., the part of the earbud not-visible externally when worn), a center of gravity (e.g., center of gravity of the earbud), at least one speaker (e.g., speaker of the earbud) and a sound channel (e.g., channel present between a speaker and the ear tip) with a cavity (e.g., cavity formed by the body of the earbud).<br><br>As shown below, the accused product has a main body worn by the user. The main body consists of a first side, which is externally visible when worn and distal to the user, and a second side, which is not externally visible when worn and resides inside the user's ear (medial to the user). The body of the accused product contains an internal cavity that houses components such as the |

speaker, battery, and other elements. These components influence the center of gravity of the main body. The center of gravity is determined by suspending the main body with a string along multiple axes and identifying the intersection of those axes. It is determined that the center of gravity is closer to the second side of the body, which is inside the user's ear when worn.



https://www.youtube.com/watch?v=BN0mEPgLlp8



main in-the-ear body portion

https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



first side distal to a user

second side medial to the user

**Custom 10mm Neo Drivers**

Our Cambr... ...-tuned 10mm recy... ...eliver deeper bass, richer mids, and crystal-clear highs, ensuring an immersive, high-fidelity experience where every note, every texture, and every detail comes to life.

**Dedicated high-performance processor**

Powered b... ...340MHz Qualcomm Kalimba D... ...sing, reduces di... ensuring y... ...matter the genre or listening environment.

**Six mic call clarity**

Engineered for crystal-clear conversa... Melomania A100's six-microphone ar... isolates your voice from background... delivering exceptional call clarity—ev... environments.

https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



### Serious about sound

Made for listening. Tuned for feeling. Powered by hi-fi-grade amplification and industry-leading tech, Melomania A100 supports LDAC and aptX Lossless—delivering an expansive soundstage that brings every track to life.

### Crafted for comfort

Lightweight premium materials and a choice of silicone tip sizes ensure long-lasting comfort and an immersive fit. Thoughtfully crafted with 50% recycled plastics and reclaimed neodymium drivers—because great sound shouldn't cost the earth.

https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



https://www.youtube.com/watch?v=BN0mEPgLlp8



Source: Teardown of the accused product



Source: Teardown of the accused product

**Procedure:**

1.  Tie a string to the weight.  Hold the end of the string and balance the hook of the hanger on your finger.  Let the hanging mass pull the string straight down.  Draw a line on the paper along the string.  Balance the hanger from a corner with the string. Again, allow the mass to hang down and trace a line along the string.  Now balance the other corner while holding the string and repeat the tracing.  The point where all three lines intersect is the center of mass for the hanger.

    *   Describe where the center of mass is.
    *   Describe how to find the center of mass for other irregular objects.

https://www2.csr.utexas.edu/grace/GRACE_Edu_Poster/1-Finding_Your_Ctr_of_Mass.pdf



Source: Usage of the accused product (C.G. determination using plumb line method)

| | |
|---|---|
| the speaker positioned within the cavity such that the center of gravity of the audio content delivery device is closer to the second side and more medial to the user for ensuring that the audio content delivery device remains situated in the user's ear during physical activity; | The accused product discloses a speaker (e.g., speaker of the earbud), the speaker (e.g., speaker of the earbud) positioned within the cavity (e.g., cavity formed by the body of the earbud) such that the center of gravity (e.g., center of gravity of the earbud) of the audio content delivery device (e.g., left and right earbuds) is closer to the second side (e.g., e.g., the part of the earbud not-visible externally when worn) and more medial to the user for ensuring that the audio content delivery device (e.g., left and right earbuds) remains situated in the user's ear during physical activity (e.g., physical activity such as walking). |
| | As shown below, the body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components influence the center of gravity of the main body. The center of gravity is determined by suspending the main body with a string along |

multiple axes and identifying the intersection of those axes. It is determined that the center of gravity is closer to the second side of the body, which is inside the user's ear when worn. This design helps the earbud stay securely within the user's ear while walking.



https://www.youtube.com/watch?v=BN0mEPgLlp8



https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



**Custom 10mm Neo Drivers**

Our Cambr... ...-tuned 10mm recy... ...eliver deeper bass, richer mids, and crystal-clear highs, ensuring an immersive, high-fidelity experience where every note, every texture, and every detail comes to life.

**Dedicated high-performance processor**

Powered by... ...omm Kalimba D... ...sing, reduces di... ensuring y... ...matter the genre or listening environment.

**Six mic call clarity**

Engineered for crystal-clear conversa... Melomania A100's six-microphone ar... isolates your voice from background... delivering exceptional call clarity—ev... environments.

https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



https://www.youtube.com/watch?v=BN0mEPgLlp8



Source: Teardown of the accused product

Source: Teardown of the accused product

**Procedure:**

1. Tie a string to the weight.  Hold the end of the string and balance the hook of the hanger on your finger.  Let the hanging mass pull the string straight down.  Draw a line on the paper along the string.  Balance the hanger from a corner with the string.  Again, allow the mass to hang down and trace a line along the string.  Now balance the other corner while holding the string and repeat the tracing.  The point where all three lines intersect is the center of mass for the hanger.

- Describe where the center of mass is.
- Describe how to find the center of mass for other irregular objects.

https://www2.csr.utexas.edu/grace/GRACE_Edu_Poster/1-Finding_Your_Ctr_of_Mass.pdf



Source: Usage of the accused product (C.G. determination using plumb line method)



ensuring that the audio content delivery device remains situated in the user's ear during physical activity

https://www.youtube.com/watch?v=mRt6WczWjoQ



ensuring that the audio content delivery device remains situated in the user's ear during physical activity

https://www.youtube.com/watch?v=BN0mEPgLlp8

| the audio content delivery device further comprising in the cavity a wireless receiver with antenna, a processor, a memory, and a power supply for receiving digital audio content and transmitting the digital audio content to the at least one speaker. | The accused product discloses that the audio content delivery device (e.g., left and right earbuds) further comprising in the cavity (e.g., cavity formed by the body of the earbud) a wireless receiver (e.g., Bluetooth module) with antenna (e.g., Bluetooth antenna), a processor (e.g., processor of the Bluetooth module), a memory (e.g., memory of the Bluetooth module), and a power supply (e.g., Li-po battery) for receiving digital audio content (e.g., audio content such as music, calls, and more) and transmitting the digital audio content to the at least one speaker (e.g., speaker of the earbud).<br><br>As shown below, the body of the accused product contains an internal cavity that houses components such as the speaker, battery, and other elements. These components include a Bluetooth module, which comprises a Bluetooth transceiver, a processor, and memory. The accused product delivers audio content, such as music, calls, and more, wirelessly, which is played through the speaker housed in the cavity. |



Serious about sound

Made for listening. Tuned for feeling. Powered by hi-fi-grade amplification and industry-leading tech, Melomania A100 supports LDAC and aptX Lossless—delivering an expansive soundstage that brings every track to life.

Crafted for comfort

Lightweight premium materials and a choice of silicone tip sizes ensure long-lasting comfort and an immersive fit. Thoughtfully crafted with 50% recycled plastics and reclaimed neodymium drivers—because great sound shouldn't cost the earth.

https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100



Source: Teardown of the accused product



Source: Teardown of the accused product

The Qualcomm® QCC3091 is a flash programmable Bluetooth® Audio SoC which has been optimized for use in true wireless earbuds.

The QCC3091 has been designed to deliver rich sound experiences in a size optimized package for mid-tier true wireless earbuds. QCC3091 offers a unique way for audio OEMs to differentiate and reduce time to market with unprecedented access and support for innovative technologies via the Qualcomm® Voice and Music Extension Program. Support for Snapdragon Sound™ technology suite with Qualcomm® aptX™ Lossless 24-bit 48kHz music streaming and an improved DAC brings audiophile quality performance to a new tier of product, reflecting ever increasing consumer demand for higher quality audio.

https://www.qualcomm.com/audio/products/qcc30xx-series/qcc3091#benefits



https://docs.qualcomm.com/doc/87-CE930-1/87-CE930-1_REV_L_Qualcomm_QCC30XX_Series_Bluetooth_Audio_SOCs_for_True_Wireles


s_Earbuds_Product_Brief.pdf



power supply

Source: Teardown of the accused product



antenna

Source: Teardown of the accused product



receiving digital audio content

Melomania A100 delivers hi-fi performance in wireless earbuds—rich, immersive sound wherever you listen. Clean lines, premium materials, and an ergonomic fit, engineered for all-day listening. Premium audio. Designed in London. Sold direct.

https://www.cambridgeaudio.com/usa/en/products/melomania/melomania-a100